```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.K.W. and J.H., individually and on behalf of I.H., a minor with a disability,

        Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION and CHANCELLOR MELISSA AVILES-RAMOS, IN HER OFFICIAL CAPACITY,

        Defendants.

25 Civ. 2320 (AT)

**ORDER OF DISMISSAL**

ANALISA TORRES, District Judge:

  The Court has been advised that all claims asserted herein have been settled in principle. ECF No. 14.  Accordingly, the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

  Any application to reopen must be filed within thirty days of this Order; any application to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court.  Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

  Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is respectfully directed to close the case.

  SO ORDERED.

Dated: June 30, 2025
   New York, New York

                ANALISA TORRES
               United States District Judge